**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 12-12-2005

DIGITAL RECORDING: 2:02 – 2:15 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql

CASE NO.: 2:05mj147-B
DEFT. NAME: Adrian Kenyon SPEARS

USA: Brunson
ATTY: Kemp
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Thweatt

Oral M/App't.
Oral Order Grant

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME:_____

---

Date of Arrest 12-12-05 or ☐ karsr40
☑ kia   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☑ kcnsl.   Deft. First Appearance with Counsel
☐   Deft. First Appearance without Counsel
☐   Requests appointed Counsel   ☑ **ORAL MOTION for Appointment of Counsel**
☑ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
☑ koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐   Deft. Advises he will retain counsel. Has retained _____
☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.   Release order entered. Deft. advised of conditions of release
☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
          ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☑ kloc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
☐   Preliminary Hearing ☐ Set for _____
☑ ko.   Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
          ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
          DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
☐ kwvspt   **Waiver of Speedy Trial Act Rights Executed**