# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA<br>V.<br>ADRIAN KENYON SPEARS | COMMITMENT TO ANOTHER DISTRICT |

RECEIVED 2005 DEC 27 P 5:03
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 05-00293-CB |  | 2:05mj147-B |

RECEIVED 2005 DEC 13 A 8: [?] UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 922(g)(1)

**DISTRICT OF OFFENSE**
Southern/Alabama

ATTEST: A True Copy Certified to Clerk, U.S. District Court, Middle District of Alabama
_____ 2005
BY _____ Deputy Clerk

**DESCRIPTION OF CHARGES:**

violation of gun controlled act

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | Yes | Language: | |

**DISTRICT OF ALABAMA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 12, 2005
Date

_/s/_ Judge

RETURNED AND FILED
DEC 28 2005
CLERK U.S. DISTRICT COURT MIDDLE DIST. OF AL.

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 12-16-05 | Baldwin Co Jail | 12-16-05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 12/16/05 | William S. Taylor | James Copeland |

SCANNED